UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2021 DEC 16 PM 4: 16

CLERK

BY ____Uhw____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 2:20-cr-112-1 |
| | ) | |
| JAYQUAN FLINTROY | ) | |

## ORDER

On December 16, 2021, counsel for the Defendant filed a motion to enlarge the time for filing pre-trial motions by sixty (60) days. Mr. Flintroy makes this request based on the recent and upcoming trial schedule of his counsel.

Under 18 U.S.C. § 3161(h)(8)(A), the Court finds that the ends of justice are best served by granting an extension of time and outweigh the best interests of the Defendant and the public in a speedy trial in that the additional time is necessary for the Defendant's counsel to prepare for trial. Mr. Flintroy does not object to the exclusion of time from the Speedy Trial Act period and the Government does not object to the extension.

Accordingly, the motion is GRANTED. Defendant's motions deadline will be extended by sixty days.

It is FURTHER ORDERED that the period of delay resulting from the extension of time shall be excludable in computing the time in which the trial in this cause must commence pursuant to the Speedy Trial Act and this District's Plan for Prompt Disposition of Criminal Cases. The time to be further excluded as directed above shall commence on December 17, 2021 and continue for sixty days until February 14, 2022. *As this is the second request for an extension, further extensions are unlikely absent compelling circumstances. CR*

DATED at Burlington, Vermont this 16th day of December, 2021.

Hon. Christina Reiss
United States District Court Judge